# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2023-4198
Lower Tribunal No. 2018-CA-007401-O

———————————————

ANTONIO R. CARMONA,

Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee on Behalf of the CERTIFICATE HOLDERS OF THE HSI ASSET SECURITIZATION CORPORATION TRUST 2007-HE2,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Eric J. Netcher, Judge.

August 16, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and STARGEL, J., and LAMBERT, B.D., Associate Judge, concur.


Antonio R. Carmona, Orlando, pro se.

Allison Morat, of Bitman, O'Brien & Morat, PLLC, Lake Mary, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED